UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 16-6664-JFW (ASx)**                                   Date:  December 6, 2016

Title:   Daniel Lopez -v- Arturo Barrera, et al.

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

  **Shannon Reilly**                                   **None Present**
  **Courtroom Deputy**                                 **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
               None                                             None

**PROCEEDINGS (IN CHAMBERS):**      **ORDER DISMISSING ACTION WITHOUT PREJUDICE**


       As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of November 18, 2016, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for December 12, 2016\, is **VACATED**.  *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

       IT IS SO ORDERED.

Initials of Deputy Clerk   sr